UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 9 2016

---

United States of America,

—v—

Nico Burrell, et al.,

Defendants.

15-cr-95 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

Initial conferences are scheduled in this case for May 2, 2016, at 10:00 a.m., 12:00 p.m., and 2:00 p.m. in Courtroom 318 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The Government will file a list of the Defendants who will be present at each conference on ECF by the end of the day today, April 29, 2016. The Court will address the following items at the conferences:

1. The Court will ask the Government to provide a summary of the charges in the case and an overview of the discovery that the Government intends to produce.

2. The Court will ask defense counsel to address the possibility of appointing a coordinating discovery attorney.

3. The Court will invite the parties to discuss the schedule in the case. The parties will be afforded an opportunity to voice any concerns regarding the overall scheduling approach proposed by the Government on page 5 of its April 27, 2016 letter, *see* Dkt. No. 185, as well as the specific schedule adopted by Judge Kaplan in *United States v. Parrish*, No. 16-cr-212, Dkt. No. 161.

If defense counsel at each conference would prefer to address issues of common concern through one spokesperson, they should be prepared to designate that attorney at the start of the conference. Either way, the Court will invite all counsel to raise any issues that require the Court's attention, but the Court advises that these initial conferences will not be the appropriate

1

forum in which to contest a bail determination by the Magistrate Judge.  Counsel are instructed

to contact the Court, in the manner specified in the Court's Individual Practices in Criminal

Cases (available at http://www.nysd.uscourts.gov/judge/Nathan), for any defendant-specific bail

appeals.  In advance of any conference addressing a contested bail determination, the Court asks

the party who has brought the bail appeal to furnish the Court with the pretrial services report as

to the defendant in question and a transcript of the hearing before the Magistrate Judge at which

the bail determination was made.  All initial bail applications should be directed to the

Magistrate Judge.

SO ORDERED.


Dated: April ___29___, 2016
      New York, New York

ALISON J. NATHAN
United States District Judge

2