| United States v. Nico Burrell, et al. S2 15 Cr. 95 (AJN) Pretrial Conference Hearing May 2, 2016 10:00 a.m. - 11:00 a.m. Group 1 | | | |
|---|---|---|---|
| **Defendant Name** | **Attorney Name** | **Phone Number** | **E-Mail** |
| 1. Michelle Jemison | Joanna Hendon | (212) 213-6553 | Jhendon@spearsimes.com |
| 2. Gerard Bass | Lindsay Lewis (Joshua Dratel) | (212) 732-0707 | llewis@joshuadratel.com (jdratel@joshuadratel.com) |
| 3. Nico Burrell | Judith Vargas | (212) 668-0024 | Judithvargas7@aol.com |
| 4. Lamar Francis | Ricardo Solano | (212) 668-0024 | rsolano@fklaw.com |
| 5. Robert Feliciano | Marlon Kirton | (646) 435-5519 | marlongkirtonpc@optimum.net |
| 6. Rasheid Butler | Kelley Sharkey | (917) 796-3352 | kelleysharkeyesq@verizon.net |
| 7. Jafar Borden | Robert L. Peabody | (212) 545-4092 | Robert.peabody@jacksonlewis.com |
| 8. David Jones | Jonathan Sussman | (347) 218-9289 | lawerjonathansussman@gmail.com |
| 9. Fabian Morrison | Susan Walsh | (212) 403-7348 | swalsh@vladeck.com |
| 10. William Reid | Daniel Hochheiser | (646) 863-4246 | dah@hochheiser.com |
| 11. Marlon Roberts | Thomas Dunn | (212) 941-9940 | Thomasdunnlaw@aol.com |
| 12. Martin Mitchell | X.R. Donaldson | (212) 722-4900 | xdonaldson@aol.com |
| 13. Rai Thomas | Glen McGorty | (212) 895-4246 | gmcgorty@crowell.com |
| 14. Stephan Clarke | Meghan K. Spillane | (212) 813-8800 | mspillane@goodwinprocter.com |
| 15. Brian Richards | David Anders | (212) 403-1000 | dbanders@wlrk.com |

| United States v. Nico Burrell, et al. S2 15 Cr. 95 (AJN) Pretrial Conference Hearing May 2, 2016 12:00 p.m. - 1:00 p.m. Group 2 | | | |
|---|---|---|---|
| **Defendant Name** | **Attorney Name** | **Phone Number** | **E-Mail** |
| 1. Jose Rodriguez | David Wikstrom | (212) 248-5511 | david@davidwikstrom.com |
| 2. Javone Pearce | Jeffrey Pittell | (516) 829-2299 | jp@jpittell.com |
| 3. Douglas McClarty | David Greenfiend | (212) 481-9350 | Greenfiend4defense@yahoo.com |
| 4. Anthony King | Winston Lee | (212) 267-1911 | WinstonLeeLaw@aol.com |
| 5. Anderson Ross | Kafahni Nkrumah | (718) 496-8744 | Kankrumahesq@aol.com |
| 6. Shaquille Dewar | Marilyn Reader | (914) 834-9569 | Msr2@aol.com |
| 7. Joel Hargrove | Megan Benett | (917) 498-0565 | mbenett@kreindler.com |
| 8. Devante Joseph | Richard Jasper | (917) 331-7552 | ricjasp@aol.com |
| 9. Shaquille John | Paul Rinaldo | (914) 374-2337 | Prinaldolaw@aol.com |
| 10. Quayshawn Cannonier | Kerry Lawrence | (914) 629-3784 | Klawrence@calhounlawrence.com |
| 11. Shanice John | Sam Schmidt | (212) 346-4666 | lawschmidt@aol.com |
| 12. Jamal Blair | Russell Neufeld | (646) 613-8359 | rneufeld@neufeldlawoffice.com |
| 13. Barffour Abeberse | Richard J. Ma | (212) 431-6938 | richardma@maparklaw.com |

| United States v. Nico Burrell, et al.<br>S2 15 Cr. 95 (AJN)<br>Pretrial Conference Hearing<br>May 2, 2016<br>2:00 p.m. - 3:00 p.m.<br>Group 3 | | | |
|---|---|---|---|
| **Defendant Name** | **Attorney Name** | **Phone Number** | **E-Mail** |
| 1. Carletto Allen | John Kenney | (917) 622-2622 | jkenny@kenyon.com |
| 2. Okeifa John | Mitchell Dinerstein | (212) 925-0793 | md@dinnersteinlaw.com |
| 3. Dominique Bass | John Kaley | (212)-619-3730 | jkaley@doarlaw.com |
| 4. Durrell Guy | Michael Bachrach | (917) 304-5044 | Michael@mbachlaw.com |
| 5. Devante Joseph | Richard Jasper | | |
| 6. Robert Haughton | Micael Schachter<br>Maxwell Bryar | (212) 728-8102<br>(212) 728-8143 | mschachter@willkie.com<br>Mbryar@willkie.com |
| 7. Dominick Sherland | Ed Sapone | (212) 349-9000 | Edward@saponelaw.com |
| 8. Ricardo Stewart | Eric Sears | (212) 252-8560 | emsearsesq@aol.com |
| 9. Bradley Wilson | JBarrett | (973) 865-7007 | jeanbarrett@ruhnkeandbarrett.com |
| 10. Kenneth Ruggs | Domenick J. Porco | (914) 844-0077 | djporcolaw@gmail.com |
| 11. Tayquan Tucker | Howard Tanner | (646) 529-6188 | N/A |
| 12. Donque Tyrell | Larry Sheehan | (917) 417-0490 | Larrysheehan@verizon.net |
| 13. Daquan Reid | Bryan Konoski | (212) 897-5832 | bkonoski@aol.com |
| 14. Rai Thomas | Arlen Pyenson | (646) 734-0336 | apyenson@crowell.com |
| 15. James Pilgrim | Sam Talkin | (917) 334-2990 | Samt@talkin.com |
| 16. Mark Williams | Bruce Maffio | (917) 648-3899 | bmaffio@cozin.com |
| 17. Richard Phillips | Bobbi Sternheim | (917) 763-0848 | bcsternheim@mac.com |
| 18. Calvin Ruggs | Dawn Cardi | (212) 481-7770 | cardiesq@aol.com |