UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 10 2016

United States of America,

—v—

Nico Burrell, et al.,

Defendants.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On May 9, 2016, the Government responded to this Court's request for the Government's views on "when learned counsel may be appointed for defendants who may face the addition of death-eligible charges" in this case, Dkt. No. 220. *See* Dkt. No. 260. The Government filed a similar letter in *United States v. Parrish*, No. 16-cr-212, a case before Judge Kaplan. After receiving the Government's submission in *Parrish*, however, Judge Kaplan instructed the Government to file another letter addressing the specific question of whether the Court has legal authority to approve the expenditure of CJA or other public funds for the appointment of learned counsel for any defendant in advance of the return of an indictment charging that defendant with a capital offense. *See* No. 16-cr-212, Dkt. No. 216. The Government is hereby ORDERED to file any letter responding to Judge Kaplan's inquiry in this case as well, and to do so by the May 16, 2016 deadline set by Judge Kaplan. To the extent defense counsel also wish to address this issue, any submission is due by the same date.

    The Court is not likely to approve the appointment of learned counsel until it has resolved the question of when it has the authority to do so.

    SO ORDERED.

1

Dated: May __10__, 2016
       New York, New York

_____
ALISON J. NATHAN
United States District Judge